## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### May 10, 2006

[Cite as *05/10/2006 Case Announcements*, 2006-Ohio-2226.]

## MERIT DECISIONS WITHOUT OPINIONS

**2006–0257. Miller v. First Internatl. Fidelity & Trust Building, LTD.**
Lucas App. No. L–05–1311, 2006-Ohio-187. On review of order certifying a conflict. The court determines that no conflict exists. This cause is therefore dismissed.
RESNICK, PFEIFER, O'CONNOR and O'DONNELL, JJ., concur.
MOYER, C.J., LUNDBERG STRATTON and LANZINGER, JJ., dissent.

**2006–0525. Berman v. Sheward.**
In Prohibition. On relator's emergency complaint in prohibition and respondent's answer and motion for judgment on the pleadings. On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–0577. Furlow v. Moore.**
In Habeas Corpus. On petition for writ of habeas corpus of Sylvania O. Furlow. Sua sponte, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–0619. Perry v. Kelly.**
In Habeas Corpus. On petition for writ of habeas corpus of Vaughn Perry. Sua sponte, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–0631. McCormick v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of Major McCormick. Sua sponte, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–0634. Longanbach v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of Brian Longanbach. Sua sponte, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–0640. Milam v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of Keith A. Milam. Sua sponte, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.